No. 01–8824.  ALLEN *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 01–8825.  QUIROGA *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 01–8828.  TEAGUE *v.* HOLIDAY INN EXPRESS ET AL.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 01–8833.  JACKSON *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–8834.  MAIGNAN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–8838.  SMITH *v.* SUTHERS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–8840.  SVAB *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–8843.  MORRIS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION (two judgments).  C. A. 5th Cir.  Certiorari denied.

No. 01–8847.  PEOPLES *v.* GILBERT, JUDGE; and PEOPLES *v.* ILLINOIS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–8853.  APT *v.* OHIO.  Ct. App. Ohio, Lucas County.  Certiorari denied.

No. 01–8855.  DORSEY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–8864.  STAPLES *v.* ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 01–8865.  SUDDUTH *v.* CITY OF PITTSBURGH ET AL.  Commw. Ct. Pa.  Certiorari denied.